**Electronically Filed
Supreme Court
SCWC-18-0000741
06-OCT-2021
09:04 AM
Dkt. 10 ODAC**

SCWC-18-0000741

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

MARK BECKER,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000741; CR. NO. 2CPC-17-0000286)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on August 6, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 6, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

